## Scranton *v.* Soeder, et al., Appellants.

764

Argued November 12, 1974. *Bresci R. P. Leonard,* and *Robb, Leonard & Edgecombe,* submitted a brief for appellants; *P. Christian Hague,* with him *Meyer, Unkovic & Scott,* for appellee.

Order affirmed.